**Dismissed and Opinion Filed November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00208-CV

### DAVID CARMONA AND ALL OTHER OCCUPANTS OF 1113 GRIFFITH AVENUE, TERRELL, TEXAS 75160, Appellants
### V.
### WELLS FARGO BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 14C-0170-2**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. By postcard dated September 2, 2015, we notified appellants the time for filing their brief had expired. We directed appellants to file both their brief and an extension motion within ten days. We cautioned appellants that failure to file their brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief, an extension motion, or otherwise corresponded with the Court regarding the status of their brief.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/CarolynWright/
CAROLYN WRIGHT
CHIEF JUSTICE

150208F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID CARMONA AND ALL OTHER
OCCUPANTS OF 1113 GRIFFITH
AVENUE, TERRELL, TEXAS 75160,
Appellants

No. 05-15-00208-CV      V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law
No. 2, Kaufman County, Texas
Trial Court Cause No. 14C-0170-2.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WELLS FARGO BANK, N.A. recover its costs of this appeal from appellants DAVID CARMONA AND ALL OTHER OCCUPANTS OF 1113 GRIFFITH AVENUE, TERRELL, TEXAS 75160.

Judgment entered November 19, 2015.